UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Edward N. Vaisman, Esq. (EV3885)
VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtor

Order Filed on September 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*

Mohamed S. Radwan

| | |
|---|---|
| Case No.: | 19-14324 |
| | *[Enter the case number]* |
| Chapter: | 7 |
| | *[Enter the case number]* |
| Hearing Date: | 9/24/2019 |
| | *[Enter the hearing date]* |
| Judge: | Gravelle |
| | *[Enter the Judge's last name]* |

## ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 25, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.