UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Edward N. Vaisman, Esq. (EV3885)
VAISMAN LAW OFFICES
33 Wood Avenue South, Ste 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com
Attorney for the Debtor

Order Filed on September 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*

Mohamed S. Radwan

Case No.: __19-14324__
*[Enter the case number]*

Chapter: __7__
*[Enter the case number]*

Hearing Date: __9/24/2019__
*[Enter the hearing date]*

Judge: __Gravelle__
*[Enter the Judge's last name]*

**ORDER GRANTING MOTION TO REOPEN CASE TO FILE
CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: September 25, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohamed S. Radwan  
     Debtor

Case No. 19-14324-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 25, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.  
db           Mohamed S. Radwan,    15 Southport Dr,    Howell, NJ   07731-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:

          Barry    Frost     trustee@teichgroh.com, NJ94@ecfcbis.com;frost@remote7solutions.com  
          Edward Nathan Vaisman     on behalf of Debtor Mohamed S. Radwan vaismanlaw@gmail.com, G20495@notify.cincompass.com  
          Kevin Gordon McDonald     on behalf of Creditor    LoanDepot.com, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                         TOTAL: 4