**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mohamed S. Radwan | Social Security number or ITIN   xxx–xx–7686 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–14324–CMG

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mohamed S. Radwan

9/27/19

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for most taxes;

  ♦ debts that the bankruptcy court has
    decided or will decide are not discharged
    in this bankruptcy case;

  ♦ debts for most fines, penalties,
    forfeitures, or criminal restitution
    obligations;

  ♦ some debts which the debtors did not
    properly list;

  ♦ debts for certain types of loans owed to
    pension, profit sharing, stock bonus, or
    retirement plans; and

  ♦ debts for death or personal injury caused
    by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-14324-CMG
Mohamed S. Radwan                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: 318          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db              Mohamed S. Radwan,   15 Southport Dr,   Howell, NJ  07731-1714
518199879       Aqua america water company,   762 W Lancaster Ave,   Bryn Mawr, PA 19010-3402
518060385       ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court:  credit acceptance,   25505 W 12 Mile Rd,
                Southfield, MI  48034-1846)
518060384       +Capital One Bank,   Pob 270 C/O Robert K. Solodare, Officer,   Chatham, NJ 07928-0270
518199876       EZ Pass Customer Service Center,   Pennsylvania Turn Authority,   300 E Park Dr,
                Harrisburg, PA 17111-2729
518199877       +EZ Pass Customer Service Center,   POB 52003,   Newark, NJ 07101-8203
518199878       Elizabeth Golinder, Esq.,   197 State Route 18 Ste 303,   East Brunswick, NJ 08816-1440
518060388       +Geico,   5260 Western Ave,   Chevy Chase, MD 20815-3799
518199875       +JCP&L,   POB 3687,   Akron, OH 44309-3687
518060391       KLM Law Group,   701 Market St Ste 5000,   Philadelphia, PA  19106-1541
518199874       +NY EZPASS,   POB 15187,   Albany, NY 12212-5187
518060396       +Optimum Store,   100 Hamilton Plaza,   Paterson, NJ 07505-2109
518060398       +Progressive Corp,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
518060399       Santander Us,   75 State St,   Boston, MA  02109-1827
518060402       +Sunrise Credit Service,   260 Airport Plaza Blvd,   Farmingdale, NY 11735-4021
518060383       american express,   200 Vesey St,   New York, NY  10281-1013
518060387       daniel reiman,   319 Carteret Ave,   Carteret, NJ  07008-2150
518060390       investors bank,   393 Springfield Ave,   Summit, NJ  07901-2702
518060401       sprint,   6200 sprint pkwy,   Overland Park, KS  66013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:29     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:26     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518060386       +EDI: RCSFNBMARIN.COM Sep 28 2019 04:08:00     Credit One Bank,   Pob 98873,
                Las Vegas, NV 89193-8873
518060386       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 28 2019 01:17:28     Credit One Bank,
                Pob 98873,   Las Vegas, NV 89193-8873
518060389       EDI: IRS.COM Sep 28 2019 04:08:00     Internal Revenue Service,   POB 7346,
                Philadelphia, PA  19101-7346
518060392       E-mail/Text: bknotification@loandepot.com Sep 28 2019 01:06:27     Loandepo.Co,
                26642 Towne Centre Dr,   Foothill Ranch, CA  92610-2808
518060393       EDI: NFCU.COM Sep 28 2019 04:08:00     Navy Federal Cr Union,   PO Box 3700,
                Merrifield, VA  22119-3700
518060394       EDI: NFCU.COM Sep 28 2019 04:08:00     Navy Federal Cr Union,   820 Follin Ln SE,
                Vienna, VA  22180-4907
518060395       E-mail/Text: bnc@nordstrom.com Sep 28 2019 01:04:37     Nordstrom/Td Bank USA,
                13531 E Caley Ave,   Englewood, CO  80111-6504
518060397       EDI: PRA.COM Sep 28 2019 04:08:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,
                Norfolk, VA  23502-4952
518060400       EDI: NEXTEL.COM Sep 28 2019 04:08:00     Sprint,   Pob 4191,   Carol Stream, IL  60197-0000
518061251       +EDI: RMSC.COM Sep 28 2019 04:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518060404       EDI: AISTMBL.COM Sep 28 2019 04:08:00     tmobile,   12920 SE 38th St,
                Bellevue, WA  98006-1350
518060403       EDI: TDBANKNORTH.COM Sep 28 2019 04:08:00     Td Bank,   1701 Marlton Pike E Ste 200,
                Cherry Hill, NJ  08003-2390
518060406       EDI: VERIZONCOMB.COM Sep 28 2019 04:08:00     Verizon Wireless,   PO Box 650051,
                Dallas, TX  75265-0051
518060405       EDI: USAA.COM Sep 28 2019 04:08:00     usaa,   9800 Fredericksburg Rd,
                San Antonio, TX  78288-0001
                                                                                      TOTAL: 16


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Sep 27, 2019
                              Form ID: 318             Total Noticed: 34
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com;frost@remote7solutions.com
          Edward Nathan Vaisman    on behalf of Debtor Mohamed S. Radwan vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          Kevin Gordon McDonald    on behalf of Creditor    LoanDepot.com, LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 4
```